IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROBERT L MERIWETHER, | * |
| Plaintiff, | * |
| v. | Case No.  5:21-cv-00377-MTT-CHW |
| | * |
| LT SHEMEKE JONES, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 10, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 12th day of November, 2021.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk